UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JUNIOR XAVIER GUEDEZ, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | CIVIL NO.: 1:26-cv-00110-SDN |
| | ) | |
| DERRICK STAMPER, et al., | ) | |
| | ) | |
| Respondents | ) | |

# JUDGMENT

Pursuant to the Order entered by U.S. District Judge Stacey D. Neumann, on March 4, 2026; and in accordance with the status report filed by the respondents on May 7, 2026;

The Petition for Writ of Habeas Corpus is granted.

Jennifer P. Lyons, Clerk

By: /s/Michelle Thibodeau
Deputy Clerk

Dated: May 18, 2026